UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES K. TAYLOR # 382063, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00006 |
| BLOUNT COUNTY JAIL, | ) |
| Defendant. | ) |

## ORDER

Plaintiff James K. Taylor, an inmate of the custody of the Blount County Jail in Maryville, Tennessee, filed a pro se complaint against the Blount County Jail, alleging violations of Plaintiff's civil rights. (Doc. No. 1).

By Order entered on April 30, 2024, the Court informed Plaintiff that, to proceed with this action, he must submit the full civil filing fee of $405 within 30 days. (Doc. No. 7). The Court warned Plaintiff that failure to submit the fee would result in this case being dismissed. (Id. at 1-2). The Court subsequently extended the deadline to June 28, 2024. (Doc. No. 10).

The deadline has passed, and Plaintiff has not submitted the filing fee as directed by the Court. It does not appear that Plaintiff wishes to pursue this action.

An action is subject to dismissal for want of prosecution where the pro se litigant fails to comply with the court's orders or engages in a clear pattern of delay. Gibbons v. Asset Acceptance Corp., No. 1:05CV467, 2006 WL 3452521, at *1 (S.D. Ohio Nov. 29, 2006); see also Pilgrim v. Littlefield, 92 F.3d 413, 416 (6th Cir. 1996). District courts have the inherent power to sua sponte dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." Link v. Wabash Railroad, 370 U.S. 626, 630-31 (1962).

1

Accordingly, this action is hereby **DISMISSED** for failure to comply with the Order of the court and for want of prosecution. Fed. R. Civ. P. 41(b).

Because an appeal would not be taken in good faith, Plaintiff is not certified to pursue an appeal from this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

This is the final Order denying all relief in this case. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE